UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUAUHTEMOC PALMA BELTRAN, *et al.*,

    *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

    *Defendants*.

Civil Action No. 23-03349 (AHA)

## Memorandum Opinion

Plaintiff Cuauhtemoc Palma Beltran, joined by several other pro se plaintiffs, filed this action on October 25, 2023. Despite multiple reminders and extensions, Plaintiffs have failed to serve Defendants with process as required by Federal Rule of Civil Procedure 4 and, as a result, have failed to prosecute this case. This matter is therefore dismissed without prejudice.

On December 11, 2023, roughly a month and a half after the first complaint was filed, the Court reminded Plaintiffs of their obligation to serve Defendants with process under Federal Rule of Civil Procedure 4.[1] The Court explained that "Plaintiffs' deadline to serve Defendants has not yet passed" and that "nothing in this Order requires Plaintiffs to do anything more than is required under Rule 4." ECF No. 3 at 2. Despite the Court's reminder, Plaintiffs missed their service deadline. The Court accordingly issued an order on January 24, 2024, instructing Plaintiffs to show cause why the Court should not dismiss the case. Minute Order (Jan. 24, 2024).

---

[1] This case was originally assigned to the Honorable Ana C. Reyes and was reassigned to the undersigned on November 27, 2024.

Without showing cause, Plaintiffs filed an amended complaint. ECF No. 11. The Court identified several deficiencies in that filing and ordered Plaintiffs to file a second amended complaint that complied with the Federal Rules of Civil Procedure and serve it on Defendants by July 8, 2024. ECF No. 13 at 2, 8. Without filing an amended complaint and with time left still to file it and serve, Plaintiffs asked the Court to either order the United States Marshals Service to effect service of process on their behalf or extend the service deadline by one hundred days. ECF No. 15 at 8. The Court denied this motion on the basis that the deadline had not yet passed and reminded Plaintiffs that they could ask for an extension later if they had good cause. Minute Order (Apr. 3, 2024). Shortly thereafter, Plaintiffs filed their second amended complaint, which the Court found to be deficient as well. ECF No. 17; Minute Order (Apr. 22, 2024). The Court provided Plaintiffs with an additional opportunity to cure the problems and set a new service deadline of July 22, 2024. Minute Order (Apr. 22, 2024).

On June 13, 2024, Plaintiffs filed their third amended complaint. ECF No. 20. The Court ordered Plaintiffs to file proof that Defendants were served within ninety days of the complaint being docketed. Minute Order (June 28, 2024). Plaintiffs moved to extend the service deadline further, and the Court granted the motion. Minute Order (Sept. 23, 2024). After missing their new deadline by twelve days, Plaintiffs moved for another extension of time to serve. ECF No. 24. The Court granted the motion and ordered Plaintiffs to serve the third amended complaint on Defendants by January 31, 2025. Minute Order (Jan. 14, 2025). The Court warned Plaintiffs that failure to serve "may lead to dismissal under Federal Rule of Civil Procedure 4(m)." *Id*. That deadline has now long passed, and Plaintiffs have taken no action since.

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must

dismiss the action without prejudice against that defendant or order that service be made within a specified time." Additionally, the Court may dismiss a case for failure to prosecute "upon the Court's own motion." Local Civ. R. 83.23; *see Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011) ("District courts have inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order."). In total, 496 days have passed since this case was filed, and Plaintiffs have yet to serve a complaint on Defendants. Accordingly, the Court dismisses this action without prejudice. A separate order consistent with this decision accompanies this memorandum opinion.

                                                                                                          _____
                                                                                                          AMIR H. ALI
                                                                                                          United States District Judge

Date:   March 4, 2025